UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH BOSWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14-0040 |
| | ) | Judge Sharp |
| W.B. MELTON, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Magistrate Judge Griffin has entered a Report and Recommendation in which she recommends that this case be dismissed because Plaintiff (1) has not returned completed service packets to the Clerk's Office as directed by the Court in its April 23, 2014 Order; (2) has not shown that Defendants have been served with process, and (3) has not otherwise responded to this Court's prior Order. Despite being specifically advised of his right to file objections to the Report and Recommendation, Plaintiff has filed none.

Accordingly, the Report and Recommendation (Docket No. 6) is hereby ACCEPTED and APPROVED and this case is hereby DISMISSED WITHOUT PREJUDICE for failure to return service packets and otherwise comply with this Court's April 23, 2104 Order.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE